IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01494-GPG

ROYLEE W. MEADOWS,

    Plaintiff,

v.

SSA ODAR SSA, and
COMMISSIONER OF SOCIAL SECURITY,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Roylee W. Meadows, resides in Loveland, Colorado.  He initiated this action on July 15, 2015 by filing, *pro se*, a Complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (ECF No. 3).

On July 24, 2015, Magistrate Judge Gordon P. Gallagher entered an Order directing Mr. Meadows to file an amended complaint if he wished to pursue his claims in this action.  On August 14, 2015, Mr. Meadows filed a letter (ECF No. 5) stating that "[a]fter getting consultation from area attorneys I would like to DISCONTINUE THIS CASE (i.e., no longer pursue a civil case in this matter.)"  The Court will construe the letter as a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1).

Rule 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."  No responsive pleading has been filed by Defendants in this action.  Further, a voluntary dismissal under Rule 41(a)(1) is

effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  See J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The Notice of Voluntary Dismissal, therefore, closes the file as of August 14, 2015.  See *Hyde Constr. Co.*, 388 F.2d at 507.  Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1).  It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of August 14, 2015, the date Mr. Meadows filed a Notice of Voluntary Dismissal (ECF No. 5).

DATED August 19, 2015, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court